# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL COMPLAINT

Edith N. Nlgwck,a
for Ositadimma Obiaku E.

*(Write the full name of each Plaintiff
who is filing this complaint. If the
names of all the plaintiffs cannot fit
in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names.)*

v.

Case No.: 1:17-cv-157-MW-GRJ
*(To be filled in by the Clerk's Office)*

USCIS,

Katherine L. Baranowski
Field Office Director
U.S. Department of Homeland Security

**Jury Trial Requested?**
☑ YES   ☐ NO

*(Write the full name of each Defendant
who is being sued. If the names of all
the Defendants cannot fit in the space
above, please write "see attached" in
the space and attach an additional
page with the full list of names.)*

NDFL Pro Se 1 (Rev. 12/16) Civil Complaint
ClerkAdmin/Official/Forms

Filed JUN 21 '17 U=DcFln4PM0101

1

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _Edith Ngwaba_

   Address: _1208 Lake Avenue_
   _Tallahassee Florida_

   City, State, and Zip Code: _32310_

   Telephone: _____ (Home) _850 345-0909_ (Cell)

2. Plaintiff's Name: _Osttadinma Obiaku E._

   Address: _Same_

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by*

   *attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: _Katherine L. B_

   Name of Employer *(if relevant):* _U.S. Department of Homeland Security_

   Address: _4121 Southpoint Boulevard_
   _Jacksonville, FL. 32216_

   City, State, and Zip Code: _Jacksonville, FL. 32216_

2. Defendant's Name: _Social Security Administration_

Name of Employer *(if relevant)*: _Nnuaeja_

Address: _2002 Old St. Augustine STE B-12_
_Tallahassee FL 32301_

City, State, and Zip Code: _8(66) - 248-2088_

3. Defendant's Name: _Florida Department of Transport_

Name of Employer *(if relevant)*: _Driving License Office_

Address: _Tallahassee Florida 32311_

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Question        ☑ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the

United States Constitution that are at issue in this case: #A210166121

Form : 1-130-MSC1190497740

Form MSC1190497739 A#210166121 ; 1-485

1. 1-30 Petition for Alien Relative for benefits

of Section 201(b) of the Immigration and Nationality

Act (INA) as amended upon Ositadimma E. Obiata

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

a. Plaintiff is an individual and a citizen of: United States

b. If any Plaintiff is a business or corporation, list the State where the

business is incorporated _____ or has its principal

place of business: _____

_____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional*

*Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of

      incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

         *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes    ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

Ositadimma Obraku needs residencial Status, as he came in 1999 with

multiple visa, Changed to I-94
and also recieved an authorization
to work in 2001

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Ms Katherine L. B. retrieved Cancelled and remove my Sons Status according to Floida Driving License office and Social Security office the Homeland Security has no Stati on my Sons upon my money

## V. CERTIFICATION

fine and the is a riske on my sons life.

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 06/20/17  Plaintiff's Signature: _Edith Ngwaba_

Printed Name of Plaintiff: _EDITH N. NGWABA_

Address: _1208 Lake Avenue_

_Tallahassee FL- 32310_

E-Mail Address: _nneomangwaba @ gmail-Com_

Telephone Number: _850 365 0909_

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

## Statement of claims

I Edith Ngwaba visited United States of America with a multiple visa with my son Ositadimma Emmanuel Obiaku (Osita) in 1999.

Osita was born in Libraville Gabon at Annex De Lasobonne Gaborn clinic on 10/22/1997 at 17.45 (Exb.I) Uncertified Birth Declaration De Naissance)

The private clinic document of birth was submitted to the Republique Gabonese Health Department for a certified birth certificate and the day the document was issued was on 12/31/1998 as seen on the American visa. (Exb II) As the French recognizes the declaration while the English preferred the birthdate as seen on the I-94 used here in USA (Exb.III)

If someone review the translated Acte De Nissance it is consist of ; the file number, date of issued, place of issue, his birth date and time , his name, his parents name , profession and nationality. This is always clear and open without and this has been the same from the above Exb.

Osita supposed to receive everything just I received because we got our I-94 and work authorization in 2001 the same time. From my residency the Homeland Security invited me for other interviews without my son even if that I paid and filled for him together.

I filled for my son again in July 29th, 2011 both his I-130 and I- 485 and they were denied simply because of someone to understand that there is no discrepancy in his birthday as I explained above

In 2011 I filed an appeal to my son's residency and Ms Katherine L. Baranowski also denied to allow her remove my son's status sue ordered me to give her the authorization to work card in 2013.

Ms. Katherine L. Baranowski alleged at the Exb.IV that there are inconsistencies in my son's birth, she said there was no parents name, now she said requested a certified birth certificate for a male born in 10/25/1997, that when I know something is not write and my income issue as I lost my job at Florida A&M University

I requested several visits knowing that I am just wasting money ordering birth certificate and translating them and no one reviews, until Ms Katherine L. Baranowski cancelled every status of my sons. As she requested the same for my older son who already had his residency.

According to the Florida Driving License, my son can get his Florida identification how much more his driving license.  Proof of damage.

According to the Social Security Administration on Sept. 14th 2015 after I lost my bag due to a break in by rubbers Exb V . They replaced mine card but could not replace Osita card because Ms Katherine L. Baranowski is unable to verfy ny sons immigration status

Due to this complication by Ms Katherine L. Baranowski, I have spent more than $25,000 towards filling forms, appeals, medical provisions, translation of certified birth declarations for my two sons Elives Ifeanychukwu Obiaku and Ositadimma Emmanuel Obiaku.

Today Ms Katherine L. Baranowski cancelled every status of my two sons after 17years of suffering, now they 19 and 21 years of age.

With all due respect I request that God will touch the honorable judge to consider the fact that my son came with multiple visa, had two stouts before Ms Katherine L. Baranowski complication. My son's birth certificate is the same that we submitted as seen in the Exb I and II which they already have on file, what changes and why the problem is and damage for no reason.

Today I request for my sons residency as a citizen of United States benefit. Your honor please order the Homeland Security to please reimburse my expenses as it is their own mistakes because the visa bears the declaration and the I-94 bears the translated birth certificate seen in the declaration and nothing changed.

Ms Katherine L. Baranowski retrieved Ositadimma work authorization and cut it in presence and cancelled all his statuses evidenced by Florida Driving License office and Social Security Administration

There would not be any time, money wasted and the life of my children at risk if someone can listen and review the documents from what they have already as status instead of destroying the documents and cancelled all my sons status. I demand for my son's residency and $20,000 as my expenses.

ExbI

CLINIQUE MEDICO - OBSTETRICALE
DU CARREFOUR St MICHEL
ANNEXE DE LA SORBONNE
B. P. 22311    Tél. 72 - 02 - 01
LIBREVILLE GABON

# DECLARATION DE NAISSANCE

Je soussigné Madame ___IBOLE , CLEMENTINE___ Sage - Femme,

déclare que Madame ___ORIAKU   EDITH___

a accouché à la Clinique Annexe

le ___22 - 10 - 97___ à ___17 H 45 mins___

d'un enfant vivant de sexe ___MASCULIN___

Libreville, le ___05 - 12 - 97 -___

Mme Clementine U. Ibole
Sage - Femme
B. P. 22311   Tel. 75.72.93
LIBREVILLE    Gabon.

Exb IV

**République Gabonaise**

PROVINCE DE L'ESTUAIRE

COMMUNE DE LIBREVILLE

CENTRE D'ÉTAT CIVIL DE LIBREVILLE

VOLET NUMÉRO 2

# ACTE DE NAISSANCE

(volet à remettre à celui des parents investi de la puissance paternelle)

N° .0180.M6. du .31-12-98.

Le (1) Trente et un Décembre mil neuf cent quatre vingt dix sept

Suivant bulletin de Naissance .de la. clinique Medico-Obstétricale.

Qui a déclaré la naissance survenue

à .Libreville.

Le (1) vingt deux octobre mil neuf cent quatre vingt dix sept

à .17. heures .45.

d'un enfant de sexe (2) .Masculin.

Nommé (3) .EMManueL.OSITADIMMA. OBIAKU.

Né de (4) .JOHN NNAMDI OBIAKU.

Domicilié à .Cocotiers.

Profession : .Chauffeur.

Nationalité : .Nigerianne.

Coutume : .

(5) .

Et de : .EDith. NENE. OBIAKU.

Domiciliée à : .Cocotiers.

Profession : .Ménagère.

Nationalité : .Nigerianne.

Coutume : .

Sa légitime épouse (6)   Les parents (7)

Le déclarant (7)

L'Officier d'État Civil

(signature et timbre)

J. B. ONDO NGUEME
Premier Adjoint au Maire
du 6ª Arrondissement - Libreville

# Social Security Administration
## Important Information

Office Address:
Social Security Administration
SOCIAL SECURITY
2002 OLD ST AUGUSTINE
STE B-12
TALLAHASSEE, FL 32301-9809
Phone: 866-248-2088
Date: September 14, 2015

EDITH NGWABA-DOBBINS  FOR
OSITADIMMA E OBIAKU
1021 IDLEWILD DR
APT G126
TALLAHASSEE, FL 32311

We cannot issue you a Social Security card at this time because:
The Department of Homeland Security is unable to verify the immigrant document you submitted as evidence of your lawful alien status. You should contact that agency to clarify your current immigration status.

Please contact us when:
You can give us the document(s) we need.

## This notice is not proof of ineligibility for an Social Security number or card.

## If You Disagree

If you think you should get a Social Security number or card based on what you have given us, you can ask us to review your case.  Someone who did not look at your first application will review it.  To ask for a review, please call, write or visit the Social Security office at the address shown at the top of this letter.

## If You Have Any Questions

If you have any questions about getting a Social Security card, please call us at the number shown at the top of this letter.  You may also visit us at the address shown at the top of this letter.

For general information about Social Security or questions about your benefits, please:

- Visit our website at www.socialsecurity.gov.

- Call us toll-free at 1-800-772-1213. We can answer most questions over the phone. If you are deaf or hard of hearing, our toll-free TTY number is 1-800-325-0778.

- Write or visit any Social Security office.

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Form SSA-L676(06-2013)

Ex b II

30  VISAS

## UNITED STATES OF AMERICA — VISA

(top visa, inverted)

| Field | Value |
|---|---|
| Issuing Post Name | LIBREVILLE |
| Control Number | 19991378130013 |
| Surname | OSITADINMMA |
| Given Name | EMMANUEL |
| Visa Type/Class | R   B1/B2 |
| Passport Number | B140774 |
| Sex | M |
| Birth Date | 31DEC1998 |
| Nationality | NRA |
| Issue Date | 17MAY1999 |
| Expiry Date | 17MAY2001 |
| Entries | M |
| Annotation | |

28773541

VNGABOSITADINMMA<<EMMANUEL<<<<<<<<<<<<<<<<<<
B140774<<ONGA9812312M990517SB3102DBBDC27731

## UNITED STATES OF AMERICA — VISA



| Field | Value |
|---|---|
| Issuing Post Name | LIBREVILLE |
| Control Number | 19991378110053 |
| Surname | NGNABA |
| Given Name | EDITH NENE |
| Visa Type/Class | R   B1/B2 |
| Passport Number | B140774 |
| Sex | F |
| Birth Date | 28MAY1969 |
| Nationality | NRA |
| Issue Date | 17MAY1999 |
| Expiry Date | 17MAY2001 |
| Entries | M |
| Annotation | |

28773535

VNGABNGNABA<<EDITH<NENE<<<<<<<<<<<<<<<<<<<<
B140774<<ONGA6905288F9905175B3102DB83FCDDCC7

Exb III



**966642115 07**

Receipt Number SRC-00-019-52697

Immigration and

Naturalization Service

I-94

Departure Record                    Petitioner:

| 14. Family Name | | |
|---|---|---|
| OBIAKU | | |
| 15. First (Given) Name | | 16 Date of Birth |
| OSITA | | 10/22/1997 |
| 17. Country of Citizenship | | |
| GABON | | |

VISAS

46

*Ex b V*

☒ **Original** birth certificate(s) for **Ositadimma E. Obiaku**. Any document containing foreign language submitted to the USCIS must be accompanied by a full English language translation which the translator has certified as complete and accurate and by the translator's certification that he or she is competent to translate from the foreign language into English. This certification must be signed and dated by the individual who translated the document;

☒ Medical report (Form I-693) with proof of immunization conducted by a civil surgeon designated by USCIS;

☒ I-864 "Affidavit of Support" **from petitioner and joint sponsor if necessary**. You must provide the most recent tax year return submitted to the IRS including Form W-2 and Form 1099 or provide an IRS transcript. You must submit proof of nationality or citizenship of sponsor. An acceptable example of a document would be naturalization certificate, passport, or birth certificate. If the sponsor is a legal permanent resident a copy of their alien registration card must be included;

☒ Divorce decree from your ex-husband Jason Dobbins.

On or about February 21, 2013, this office received the following from you, in response to our request for evidence:

- A certified copy of a birth declaration (*Declaration de Naissance*) without the corresponding English translation as requested, for a "male child", born on October 25, 1997, with no child's name and no father's name; .

*October 22 /97*

- A certified copy of a birth declaration (*Declaration de Naissance*) without the corresponding English translation as requested, for a "male child" born on December 30, 1995, with no child's name and no father's name;

*Dec. 28*

(In an affidavit you had provided with your petition, you stated that the father of your two boys, who is now deceased, was your "first husband.")

- Form I-693 Report of Medical Examination and Vaccination Record;

- Form I-864 Affidavit of Support, which did not meet the minimum income requirements, and no joint sponsor;

- A certified copy of your divorce decree.

In visa petition proceedings, the burden of proof as to eligibility for benefits sought rests with the petitioner (Matter of Brantigan, 11 I&N Dec. 493, (BIA 1966)). You did not provide sufficient and convincing evidence of your relationship with the beneficiary and, therefore, did not meet your burden of proof.

Based on all of the above, the visa petition is hereby denied.

This decision will become final unless you appeal it by filing a completed Form EOIR-29, *Notice of Appeal to the Board of Immigration Appeals from a Decision of a USCIS Officer*. Although the appeal will be decided by the Board of Immigration Appeals (BIA), you must send the Form EOIR-29 and all required documents, including the appropriate filing fee, to the Department of Homeland Security USCIS Jacksonville Field Office at the following address: 4121 Southpoint Boulevard, Jacksonville, Florida 32216. The Form EOIR-29 must be received within 30 days from the date of this decision notice. The decision is final if your appeal is not received within the time allowed.

*Form EOIR-27*

*$110.*